# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-3450
Lower Tribunal No. 2023-CC-015213-O

_____

SERGIO LUIS LEAL,

Appellant,

v.

NUFF SAID HOLDINGS III, LLC,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew L. Cameron, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

WHITE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Sergio Luis Leal, Orlando, pro se.

William J. McCabe, Longwood, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED